

**Service of Process Transmittal**
11/29/2021
CT Log Number 540660568

| | |
|---|---|
| **TO:** | Kim Lundy- Email<br>Walmart Inc.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in Illinois** |
| **FOR:** | WALMART INC. (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: DWYER LAURA // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Summonses, Proof(s) and Complaint(s)/Petition(s), Affidavit |
| **COURT/AGENCY:** | Sangamon County Circuit Court, IL<br>Case # 2021L000198 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 12/02/2020, at 2300 White Oaks Drive in the City of Springfield, County of Sangamon, Illinois |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/29/2021 at 04:35 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Kent M. Lucaccioni<br>Kent M. Lucaccioni, LTD<br>20 South Clark Street, Suite 1700<br>Chicago, IL 60603<br>312-425-0401 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/30/2021, Expected Purge Date: 12/05/2021<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

| | |
|---|---|
| Date: | Mon, Nov 29, 2021 |
| Server Name: | Sheriff Drop |

| | |
|---|---|
| Entity Served | Walmart Inc |
| Case Number | 2021L000198 |
| Jurisdiction | IL |



This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT Sangamon COUNTY | SUMMONS | For Court Use Only  \*\*' 5 \*0 1 2 1 4 3 2 \* |
|---|---|---|

**Instructions ▼**

Enter above the county name where the case was filed.

Laura Dwyer
**Plaintiff / Petitioner** (First, middle, last name)

Enter your name as Plaintiff/Petitioner.

v.

Enter the names of all people you are suing as Defendants/Respondents.

Walmart, Inc. d/b/a Sam's Club a/k/a Springfield Sam's
**Defendant / Respondent** (First, middle, last name)

2021L 000198
**Case Number**

Enter the Case Number given by the Circuit Clerk.

☐ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.)

**IMPORTANT INFORMATION:**

There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org.

**Plaintiff/Petitioner:**

Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons,* or *Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.

If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent.

In **1a**, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here.

1. **Defendant/Respondent's address and service information:**
   a. Defendant/Respondent's primary address/information for service:
      Name (First, Middle, Last): Walmart, Inc. d/b/a Sam's Club a/k/a Springfield Sam's
      Registered Agent's name, if any: CT Corporatoin System
      Street Address, Unit #: 208 South LaSalle Street, Suite 814
      City, State, ZIP: Chicago, IL 60604
      Telephone: _____ Email: _____

In **1b**, enter a second address for Defendant/Respondent, if you have one.

   b. If you have more than one address where Defendant/Respondent might be found, list that here:
      Name (First, Middle, Last): _____
      Street Address, Unit #: _____
      City, State, ZIP: _____
      Telephone: _____ Email: _____

In **1c**, check how you are sending your documents to Defendant/Respondent.

   c. Method of service on Defendant/Respondent:
      ☑ Sheriff       ☐ Sheriff outside Illinois: _____
                                                  County & State
      ☐ Special process server   ☐ Licensed private detective

Enter the Case Number given by the Circuit Clerk: _____

| In **2**, enter the amount of money owed to you. | **2.** | **Information about the lawsuit:** |
|---|---|---|
| | | Amount claimed: $ 50,000.00 |

| In **3**, enter your complete address, telephone number, and email address, if you have one. |
|---|

**3. Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last)*: _____

Street Address, Unit #: _____

City, State, ZIP: _____

Telephone: _____  Email: _____

---

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

---

| Important information for the person getting this form | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4.** | **Instructions for person receiving this *Summons* (Defendant):** |
|---|---|---|

☑ a.  To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at:

Address:  200 South 9th Street, Room 405

City, State, ZIP:  Springfield, Illinois 62701

| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. |
|---|

☐ b.  Attend court:

On: _____ at _____ ☐ a.m. ☐ p.m. in _____
         *Date*                              *Time*                                            *Courtroom*

**In-person at:**

| In **4b**, fill out: • The court date and time the clerk gave you. • The courtroom and address of the court building. • The call-in or video information for remote appearances (if applicable). • The clerk's phone number and website. All of this information is available from the Circuit Clerk. |
|---|

_____
*Courthouse Address*        *City*              *State*        *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone: _____
                *Call-in number for telephone remote appearance*

By video conference: _____
                           *Video conference website*

_____
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: _____  or visit their website
                              *Circuit Clerk's phone number*

at: _____  to find out more about how to do this.
     *Website*

| STOP! The Circuit Clerk will fill in this section. |
|---|

**Witness this Date:**  11/16/2021

**Clerk of the Court:**  *[signature]*

| STOP! The officer or process server will fill in the Date of Service. |
|---|

**This *Summons* must be served within 30 days of the witness date.**

Date of Service: _____

*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

[SEAL: 7TH JUDICIAL CIRCUIT, SANGAMON COUNTY, IL]

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only *501 2 1 4 3 2 * |
|---|---|---|
| Sangamon COUNTY | | |

**Instructions**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the names of all people you are suing as Defendants/Respondents.

Enter the Case Number given by the Circuit Clerk.

Laura Dwyer
**Plaintiff / Petitioner** *(First, middle, last name)*

v.

Walmart, Inc. d/b/a Sam's Club a/k/a Springfield Sam's
**Defendant / Respondent** *(First, middle, last name)*

☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*

**Case Number** _____

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
*First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent
_____ **as follows:**
*First, Middle, Last*

 ☐ Personally on the Defendant/Respondent:
  Male ☐   Female ☐   Non-Binary ☐   Approx. Age: _____   Race: _____
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address, Unit#: _____
  City, State, ZIP: _____

 ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address, Unit#: _____
  City, State, ZIP: _____
  And left it with: _____
   *First, Middle, Last*
  Male ☐   Female ☐   Non-Binary ☐   Approx. Age: _____   Race: _____
  and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____, 20 _____ .

 ☐ On the Corporation's agent, _____
   *First, Middle, Last*
  Male ☐   Female ☐   Non-Binary ☐   Approx. Age: _____   Race: _____
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address: _____
  City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk:_____

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:** _____

*Signature by:*  ☐ Sheriff
              ☐ Sheriff outside Illinois: _____
              *County and State*
              ☐ Special process server
              ☐ Licensed private detective

**FEES**
Service and Return: $ _____
Miles _____  $ _____
Total            $ 0.00

_____
*Print Name*

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

For Court Use Only

*501214 3 2*

**STATE OF ILLINOIS, CIRCUIT COURT**

Sangamon COUNTY

# SUMMONS

| Instructions ▼ | |
|---|---|
| Enter above the county name where the case was filed. | Laura Dwyer<br>**Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | v. |
| Enter the names of all people you are suing as Defendants/Respondents. | Walmart, Inc. d/b/a Sam's Club a/k/a Springfield Sam's<br>**Defendant / Respondent** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

**2021L 000198**
Case Number

| | |
|---|---|
| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| | |
|---|---|
| In 1a, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1. Defendant/Respondent's address and service information:**<br>a. Defendant/Respondent's primary address/information for service:<br>Name *(First, Middle, Last)*: Walmart, Inc. d/b/a Sam's Club a/k/a Springfield Sam's<br>Registered Agent's name, if any: CT Corporatoin System<br>Street Address, Unit #: 208 South LaSalle Street, Suite 814<br>City, State, ZIP: Chicago, IL 60604<br>Telephone: _____ Email: _____ |
| In 1b, enter a second address for Defendant/Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name *(First, Middle, Last)*: _____<br>Street Address, Unit #: _____<br>City, State, ZIP: _____<br>Telephone: _____ Email: _____ |
| In 1c, check how you are sending your documents to Defendant/Respondent. | c. Method of service on Defendant/Respondent:<br>☑ Sheriff  ☐ Sheriff outside Illinois: _____<br>*County & State*<br>☐ Special process server  ☐ Licensed private detective |

| | | |
|---|---|---|
| In 2, enter the amount of money owed to you. | **2.** | **Information about the lawsuit:** Amount claimed: $ 50,000.00 |
| In 3, enter your complete address, telephone number, and email address, if you have one. | **3.** | **Contact information for the Plaintiff/Petitioner:** Name *(First, Middle, Last)*: _____ Street Address, Unit #: _____ City, State, ZIP: _____ Telephone: _____  Email: _____ |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| Important information for the person getting this form | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

| | | |
|---|---|---|
| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4.** | **Instructions for person receiving this *Summons* (Defendant):** [✓] a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at: Address: 200 South 9th Street, Room 405 City, State, ZIP: Springfield, Illinois 62701 |
| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. | | [ ] b. Attend court: On: _____ at _____ [ ] a.m. [ ] p.m. in _____        Date      Time               Courtroom **In-person at:** _____ *Courthouse Address*  *City*  *State*  *ZIP* **OR** |
| In **4b**, fill out: • The court date and time the clerk gave you. • The courtroom and address of the court building. • The call-in or video information for remote appearances (if applicable). • The clerk's phone number and website. All of this information is available from the Circuit Clerk. | | **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):   By telephone: _____       *Call-in number for telephone remote appearance*   By video conference: _____       *Video conference website*   _____   *Video conference log-in information (meeting ID, password, etc.)* Call the Circuit Clerk at: _____ or visit their website                        *Circuit Clerk's phone number* at: _____ to find out more about how to do this.     *Website* |

| | |
|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | **Witness this Date:** 11/16/2021 **Clerk of the Court:** *[signature]* |
| **STOP!** The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of the witness date.** **Date of Service:** _____ *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |

*[SEAL: 7TH JUDICIAL CIRCUIT, SANGAMON COUNTY, IL]*

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Sangamon COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only<br>*5 0 1 2 1 4 3 2* |
|---|---|---|

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | Laura Dwyer<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/Respondents. | Walmart, Inc. d/b/a Sam's Club a/k/a Springfield Sam's<br>**Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
*First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent
_____ **as follows:**
*First, Middle, Last*

   ☐ Personally on the Defendant/Respondent:
   Male ☐   Female ☐   Non-Binary ☐   Approx. Age: _____   Race: _____
   On this date: _____   at this time: _____   ☐ a.m. ☐ p.m.
   Address, Unit#: _____
   City, State, ZIP: _____

   ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
   On this date: _____   at this time: _____   ☐ a.m. ☐ p.m.
   Address, Unit#: _____
   City, State, ZIP: _____
   And left it with: _____
   *First, Middle, Last*
   Male ☐   Female ☐   Non-Binary ☐   Approx. Age: _____   Race: _____
   and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____ , 20 _____ .

   ☐ On the Corporation's agent, _____
   *First, Middle, Last*
   Male ☐   Female ☐   Non-Binary ☐   Approx. Age: _____   Race: _____
   On this date: _____   at this time: _____   ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: _____

\* 5 0 1 2 1 4 3 2 \*

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

| | |
|---|---|
| DO NOT complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:** _____

*Signature by:* ☐ Sheriff
☐ Sheriff outside Illinois: _____
*County and State*
☐ Special process server
☐ Licensed private detective

**FEES**
Service and Return: $ _____
Miles _____ $ _____
Total $ 0.00

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____



ARDC #6197689          KML          File #2367

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
SANGAMON COUNTY, ILLINOIS

| | |
|---|---|
| LAURA DWYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 2021L 000198 |
| | ) |
| WALMART INC., a foreign | ) |
| corporation d/b/a SAM'S CLUB | ) |
| a/k/a SPRINGFIELD SAM'S CLUB | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT AT LAW

Now Comes the plaintiff, Laura Dwyer, by and through her attorneys, Kent M. Lucaccioni, Ltd., and for her Complaint at Law against Defendant, Walmart, Inc., a foreign corporation d/b/a Sam's Club a/k/a Springfield Sam's Club (hereinafter collectively "Walmart"), states as follows:

1. On and prior to December 2, 2020, Defendant, Walmart was and is a foreign corporation doing business in its own capacity and/or through affiliates or subsidiaries such as Sam's Club a/k/a Springfield Sam's Club in the State of Illinois.

2. On and prior to December 2, 2020, Defendant Walmart owned, operated, managed, maintained and controlled a certain retail store located commonly known as Springfield Sam's Club located at or near 2300 White Oaks Drive in the City of Springfield, County of Sangamon, State of Illinois.

3. At all times relevant herein, Defendant Walmart had a duty to keep, maintain and operate said premises and retail business in a reasonably safe manner for the use of its customers, business invitees, members and especially the Plaintiff, Laura Dwyer, and others lawfully upon said premises.

1



4. On December 2, 2020, Plaintiff, Laura Dwyer, a member and business invitee was lawfully on the premises using a designated self checkout register lane in the Springfield Sam's Club store to complete her shopping when she was struck by a shopper in a motorized scooter who was being supervised, directed and assisted by a Walmart employee.

5. On the date and at the time of the subject occurrence, Walmart by and trough its agents and employees had a duty to exercise reasonable care and to be free from negligence for the safety of those lawfully in or on the retail store premises including the Plaintiff Laura Dwyer.

6. On and prior to the date of the incident herein mentioned, Walmart was guilty of one or more of the following negligent acts and/or omissions:

    a. Carelessly and negligently operated, managed and controlled the retail store and its employees;

    b. Failed to provide an adequate and safe area for its customers and members at or near the self- checkout registers;

    c. Negligently and carelessly placed merchandise in such a manner that obscured the view of shoppers when approaching the self checkout lane;

    d. Failed to train and supervise its employees/associates as to the proper manner, means and methods to safely assist customers in motorized scooters;

    e. Failed to train its employees/associates to provide proper assistance to users of motorized shopping carts to prevent overloading of baskets which can obstruct the view of shoppers/members using motorized carts;

    f Allowed a dangerous condition to exist including overloading the motorized shopping cart front basket of a patron and directing the patron around a blind approach to the self checkout register into the Plaintiff;

5. As a direct and proximate result of the aforesaid negligent acts and/or omissions of the Defendant Walmart, the Plaintiff Laura Dwyer while standing at the self check out register was



violently struck down by a motorized cart which was overloaded and being directed by a Walmart employee causing Laura Dwyer to fall to the ground thereby sustaining injuries of a personal and pecuniary nature.

Wherefore, Plaintiff, Laura Dwyer, demands judgment against the Defendant, Walmart, Inc., a foreign corporation d/b/a Sam's Club a/k/a Springfield Sam's Club in a sum in excess of $50,000 plus the costs for this suit.

                        KENT M. LUCACCIONI, LTD.

                        /s/ Kent M. Lucaccioni
                        Attorney for the Plaintiff

Kent M. Lucaccioni, Ltd.
20 South Clark Street
Suite 1700
Chicago, Illinois 60603
(312) 425-0401
TEAM@KMLLTDLAW.com

FILED
11/16/2021 1:28 PM
* 5 0 1 2 1 4 Paul Palazzolo
7th Judicial Circuit
Sangamon County, IL

ARDC #6197689          KML          File #2367

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| LAURA DWYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 2021L 000198 |
| | ) | |
| WALMART INC., a foreign | ) | |
| corporation d/b/a SAM'S CLUB | ) | |
| a/k/a SPRINGFIELD SAM'S CLUB | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT

I, Kent M. Lucaccioni, being first duly sworn on oath hereby deposes and states as follows:

1. That I am the attorney licensed to practice law in the State of Illinois.

2. That I represent the plaintiff(s) in regards to the above-captioned case.

3. That based upon my review of the facts, circumstances and injuries known to date, the damages sought exceed Fifty Thousand ($50,000) Dollars.

**FURTHER AFFIANT SAYETH NOT**

_____
Kent M. Lucaccioni

SUBSCRIBED and SWORN to before this 16 day of November, 2021.

_____
NOTARY PUBLIC

Official Seal
Wendy A. Chasteen
Notary Public State of Illinois
My Commission Expires 08/19/2024